Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

RECVD'05 MAY 27 11:50USDC-ORP

FILED'05 MAY 31 15:33USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

HARRY B. DANIELS,

   Plaintiff,

  v.

JO ANNE B. BARNHART
Commissioner of Social Security,

   Defendant.

CV 00-1198-HA

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

   Attorneys' fees in the amount of $14,528.50 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b).  The court finds that this is a reasonable fee in

light of the circumstances in this case.  Previously, this court awarded fees of $3195.45

to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  When

issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to

subtract the amount previously awarded under EAJA and send Plaintiff's attorney the

balance of $11,333.05, minus any applicable processing fees as allowed by statute.

   DATED this __3l__ day of __May__, 2005.

               _____
               United States District Judge

Presented by:

_/s/ Kimberly K. Tucker_
Kimberly K. Tucker
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES